

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00435-CV

**IN THE ESTATE OF RICARDO LEAL MARTINEZ, DECEASED,**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2016PC1266
The Honorable Veronica Vasquez, Judge Presiding

# O R D E R

On October 7, 2021, appellants filed a Motion to Extend Time to File Accelerated Appeal. Because the motion to extend time was timely-filed, the notice of appeal filed by appellants on October 8, 2021 was also timely; therefore, the motion is GRANTED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court